## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

RHONDA S. WILLIAMS, on behalf of herself, )
similarly situated employees and all others who )
consent to become Plaintiffs. )
)
             ) Case No. 15-cv-01262
       Plaintiff, )
v. ) Judge Joe Billy McDade
)
MERLE PHARMACY, INC., CENTRAL ) Magistrate Judge
ILLINOIS MEDICAL EQUIPMENT, INC., ) Jonathan E. Hawley
and WILLIAM M. MARTIN, )
         Defendants. )

### AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to a Settlement Agreement, the Plaintiff, Rhonda Williams, by her attorneys, Benassi and Benassi, P.C., and Defendants, William Martin, Central Illinois Medical Equipment, and Merle Pharmacy, by their attorneys, Califf & Harper, hereby agree and stipulate that the above captioned cause be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated in Peoria, Illinois this 16th day of May, 2018.

By: __s/ Athena M. Herman__
   Athena M. Herman, Esq., Bar No. 9487
   Attorney for Plaintiff
   Benassi & Benassi, P.C.
   300 NE Perry Ave.
   Peoria, IL  61603
   Telephone:  (309) 674-3556
   Facsimile:  (309) 674-7989
   Email:  athena@benassi.com

   Johanna J. Raimond
   Attorney for Plaintiff
   Law Office of Johanna J. Raimond Ltd.
   Chicago, IL  60625
   Telephone:  (312) 235-6959
   Facsimile:  (312) 469-8302
   Email:  jraimond@raimondlaw.com

By: __s/ James S. Zmuda__
   James S. Zmuda, Esq.
   Jonathan C. Fox, Esq.
   Keisha N. Douglas, Esq.
   Attorneys for Defendants
   Califf & Harper, P.C.
   506 15th St., Suite 600
   Moline, IL  61265
   Telephone:  (309) 764-8300
   Facsimile:  (309) 764-8394
   Email:  jzmuda@califf.com
   Email:  jfox@califf.com
   Email:  kdouglas@califf.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May 2018, I electronically filed the foregoing **Agreed Motion for Dismissal with Prejudice** with the Clerk of the Court using the CM/EFC system. Notification of this filing will be sent electronically from the Clerk of the Court to the following parties of record:

>James S. Zmuda, Esq.
>Jonathan C. Fox, Esq.
>Keisha N. Douglas, Esq.
>Attorneys for Defendants
>CALIFF & HARPER, P.C.
>506 15th Street, Suite 600
>Moline, Illinois 61265
>Telephone: (309) 764-8300
>Facsimile: (309) 764-8394
>Email: jzmuda@califf.com
>Email: jfox@califf.com
>Email: kdouglas@califf.com

and I hereby certify that a copy of the above Motion has been mailed by the United States Postal Service to the following non CM/EFC parties: None

>By: ____s/ Athena M. Herman____
>Athena M. Herman, Esq., Bar No. 94873
>Attorney for Plaintiff
>BENASSI & BENASSI, P.C.
>300 N.E. Perry Avenue
>Peoria, Illinois 61603
>Telephone: (309) 674-3556
>Facsimile: (309) 674-7989
>Email: athena@benassi.com
>
>Johanna J. Raimond
>Attorney for Plaintiff
>Law Offices of Johanna J. Raimond Ltd.
>431 South Dearborn, Suite 1002
>Chicago, Illinois 60625
>Telephone: (312) 235-6959
>Facsimile: (312) 469-8302
>Email: jraimond@raimondlaw.com